IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                Case No.: 2:19-cr-00093

**CHRISTOPHER SPAULDING**

## MEMORANDUM OPINION and ORDER
## SEALING DOCUMENT

Pending before the Court is Defendant's Pro Se Motion for a Bond Hearing. (ECF No. 9). Having reviewed the motion and attached exhibit, the Court **ORDERS** that the exhibit attached to the motion, **(ECF N0. 9-1)**, be filed as **SEALED**.

The undersigned is cognizant of the well-established Fourth Circuit precedent recognizing a presumption in favor of public access to judicial records. *Ashcraft v. Conoco, Inc.,* 218 F.3d 288 (4th Cir. 2000). As stated in *Ashcraft,* before sealing a document, the Court must follow a three step process: (1) provide public notice of the request to seal; (2) consider less drastic alternatives to sealing the document; and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting alternatives. *Id.* at 302. In this case, the attached document shall be sealed and will be designated as sealed on the Court's docket. The Court deems this sufficient notice to interested members of the public. The Court has considered less drastic alternatives to sealing the Exhibit, but no alternatives to sealing the document are feasible. Moreover, the public's right to be informed is greatly outweighed by the interests to be protected in this circumstance. Accordingly, the Court finds that sealing only the

Exhibit, (ECF No. 9-1), does not unduly prejudice the public's right to access court documents.

The Clerk is instructed to provide a copy of this Order to the defendant and all counsel of record.

**ENTERED**: May 9, 2019

Cheryl A. Eifert
United States Magistrate Judge